**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Raheem W. Weinberg             CHAPTER 13
                Debtor(s)

BKY. NO. 21-10043 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                                  Respectfully submitted,

                                  /s/ *Rebecca Solarz*
                                  Rebecca Solarz
                                  14 Jan 2021, 17:32:01, EST

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322

Document ID: 046bab17feaeb9fe2cb91c521b627b83d77e1b8ec43f016833e053f73675f571