Certificate Number: 03088-PAE-DE-035388584

Bankruptcy Case Number: 21-10043



03088-PAE-DE-035388584

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2021, at 1:00 o'clock AM CST, Raheem W Weinberg completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 22, 2021

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor