# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Chapter 13

RAHEEM W WEINBERG             Bankruptcy No. 21-10043-MDC

251 CONGRESS AVENUE

LANSDOWNE, PA 19050

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RAHEEM W WEINBERG

    251 CONGRESS AVENUE

    LANSDOWNE, PA 19050

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 2/25/2021                                                                       /s/ William C. Miller

                                                                         _____
                                                                         William C. Miller, Esquire
                                                                         Chapter 13 Standing Trustee