IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Raheem W. Weinberg | : | Chapter 13 |
| | : | Case No.: 21-10043-MDC |
|    Debtor(s) | : | |

### **O R D E R**

AND NOW, this ___6th___ day of ___May___ 2022 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE