**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| RAHEEM W. WEINBERG | : | |
| | : | Case No. 21-10043-MDC |
| Debtor. | : | |

## MOTION OF DEBTOR TO APPROVE PARTIAL CLAIM

RAHEEM W. WEINBERG (the "Debtor"), by and through their undersigned counsel, hereby submits this Motion to Approve Partial Claim with the U.S. Department of Homeland Security ("HUD"), serviced by M&T Bank ("M&T Bank"), and in support thereof respectfully states the following:

1. The Debtor filed a voluntary petition for relief under chapter 13 of the bankruptcy code on January 7, 2021 (the "Petition Date").

2. The Debtor owns real property located at 251 Congress Avenue, Lansdowne, PA 19050 (the "Property").

3. The Property is encumbered by a mortgage held by M&T Bank in the approximate amount of $172,341.57 (the "First Mortgage").

4. On or about August 22, 2023, HUD, by and through M&T Bank, offered the Debtor a partial claim in the amount of $15,755.82 (the "Partial Claim"). See Exhibit "A."

5. The Partial Claim shall act as a subordinate, interest free loan to the First Mortgage, to be paid at either (a) the payoff or refinance of the First Mortgage; (b) sale of the Property; or (c) maturity of the First Mortgage.

6. The Partial Claim shall cure any post-petition mortgage arrears—if any—owed on the First Mortgage as of September 1, 2023.

7.       The Partial Claim will not impose any undue burden on the Debtor, and will not prejudice the Debtor, the chapter 13 trustee, or any of the Debtor's creditors.

WHEREFORE, the Debtor respectfully requests this Honorable Court enter an Order approving the Partial Claim, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: September 5, 2023

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices
Two Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, Pennsylvania 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*