**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Raheem W Weinberg | : | Chapter 13 |
| | : | Case No.: 21-10043-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Approve Partial Claim* and respectfully request that the Order attached to the Motion be entered.

Dated: September 20, 2023            /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper Law Offices, LLC
                                     1500 JFK Boulevard, Suite #220
                                     Philadelphia, Pa 19102
                                     brad@sadeklaw.com
                                     215-545-0008