**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| RAHEEM W. WEINBERG | : | |
| | : | Case No. 21-10043-MDC |
| Debtor. | : | |

## <u>O R D E R</u>

AND NOW, upon consideration of the Debtor's Motion to Approval Partial Claim, and

after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Partial Claim is APPROVED.


FURTHER ORDERED



BY THE COURT:


Date: October 3, 2023

HONORABLE MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE