**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Raheem W. Weinberg | : | |
| | : | Case No.: 21-10043-mdc |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Incur Additional Debt in Support of Obtaining a Mortgage and* respectfully request that the Order attached to the Motion be entered.

Dated: March 8, 2024                                    /s/ Brad J. Sadek, Esquire
                                                        Brad J. Sadek, Esquire
                                                        Sadek Law Offices, LLC
                                                        1500 JFK Boulevard, Suite #220
                                                        Philadelphia, Pa 19102
                                                        brad@sadeklaw.com
                                                        215-545-0008