IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     Raheem W Weinberg | :    Chapter 13 |
| | :    Case No.: **21-10043-mdc** |
|     Debtors(s) | : |

# **O R D E R**

**AND NOW,** this _____ day of _____, 2024, upon consideration of the Motion to Incur Additional Debt filed by Debtor, it is hereby

**ORDERED** that the Debtor may incur additional debt so as to obtain a mortgage refinance and pay all timely filed unsecured claims in his current Chapter 13 bankruptcy case.

This Order is contingent upon any mortgage lien(s) being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by mortgagee; and Debtor shall have 60 days from entry of this Order to refinance the Property.

Upon receipt of payment, any creditor(s), paid at closing, shall either (1) withdraw, (2) amend or (3) file a praecipe to mark the proof of claim as satisfied.

The title clerk shall pay $20,652.00, directly to Kenneth E. West, Chapter 13 standing trustee. Said payment will result in a 100% distribution to unsecured creditors who have allowed, timely filed, unsecured claims. The Chapter 13 Trustee is authorized to adjust the percentage to unsecured creditors based on the funds received in accordance with 11 USC §1329.

After paying all liens in full, all costs of the refinancing and the Trustee, the title clerk shall pay the net proceeds to the Debtor(s).

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**ORDERED** that this Order shall constitute an order permitting the Debtor(s) to make disbursements at or immediately after settlement as provided herein above

FURTHER ORDERED:


Date: _____                                          _____

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE